IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RENEE LOUISE MCCRAY, | * | |
| Appellant, | * | |
| v. | * | Civil Case No.: SAG-20-0973 |
| WELLS FARGO BANK, N.A., | * | |
| Appellee. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is, this 17th day of September, 2020, hereby ORDERED that:

(1) The Order of the United States Bankruptcy Court for the District of Maryland entered on March 31, 2020, ECF 1-1, is **AFFIRMED**; and that

(2) The Clerk shall **CLOSE** this case.

/s/
Stephanie A. Gallagher
United States District Judge