IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| RENEE LOUISE MCCRAY, <br><br> Appellant, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Appellee. | Civil Case No.: SAG-20-0973 |

**ORDER**

For the reasons stated in the accompanying Letter Memorandum, it is, this 16th day of October, 2020, hereby ORDERED that Appellant's Motion for Reconsideration, ECF 7, is DENIED.

/s/
Stephanie A. Gallagher
United States District Judge